## JOHNS v. STATE.

### No. 19313.

Court of Criminal Appeals of Texas.

Jan. 19, 1938.

Wm. Kay Miller, of Austin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Conviction for violating the Texas Liquor Control Act, Vernon's Ann.P.C. art. 666—1 et seq.; punishment, a fine of $100.

The information and complaint appear regular. The record is before this court without statement of facts or bills of exception.

No error appearing, the judgment of the trial court is affirmed.